UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PEASLEE, | ) | CASE NO. CV 10-5437-DDP (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| TERRI GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   August 16, 2011 .

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Peaslee v Gonzalez CV10-5437Judgment.wpd